IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAVIER SALAZAR-BLAS, Inmate )
#06500-089,                    )
                               )
              Petitioner,      )
                               )       CIVIL NO. 06-084-JPG
vs.                            )
                               )
SARA REVELL,                   )
                               )
              Respondent.      )

## MEMORANDUM AND ORDER

**GILBERT, District Judge:**

Petitioner filed this action pursuant to 28 U.S.C. § 2241 seeking release from the Federal

Correctional Institution in Greenville, Illinois, because he is illegally confined there due to

jurisdictional error between the Bureau of Prisons and the state of Wisconsin.  He seeks leave to

proceed *in forma pauperis*.

**IT IS HEREBY ORDERED** that the motion for leave to proceed *in forma pauperis* is

**GRANTED**.

**IT IS FURTHER ORDERED** that Respondent shall, within twenty-three (23) days of

receipt of this application for Writ of Habeas Corpus, answer and show cause why the writ should

not issue.  Service upon the United States Attorney for the Southern District of Illinois, 750 Missouri

Avenue, East St. Louis, Illinois, shall constitute sufficient service.

**IT IS FURTHER ORDERED** that pursuant to Local Rule 72.1(a)(2), this cause is referred

to a United States Magistrate Judge for further pre-trial proceedings.

**IT IS FURTHER ORDERED** that this entire matter be referred to a United States

Magistrate Judge for disposition, as contemplated by Local Rule 72.2(b)(2) and 28 U.S.C. § 636(c),

*should all the parties consent to such a referral.*

      **IT IS SO ORDERED.**

      **Dated:  February 3, 2006**

                                            **s/ J. Phil Gilbert**
                                            **U. S. District Judge**