UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JAVIER SALAZAR-BLAS, Petitioner, v. SARAH REVELL, Respondent. | Case No. 06-cv-84-JPG |

**MEMORANDUM AND ORDER**

This matter comes before the Court after mail sent by the Clerk's Office to petitioner Javier Salazar-Blas ("Salazar-Blas") was returned (Doc. 25). On January 30, 2006, Salazar-Blas filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On October 30, 2007, Magistrate Judge Frazier issued a Report and Recommendation recommending a disposition of that petition. When the Court attempted to mail Salazar-Blas the Report and Recommendation at the address contained in the court file, the mail was returned. The Court has since learned that Salazar-Blas has been transported to another location. The Court hereby **DIRECTS** the Clerk of Court to change Salazar-Blas's address in the file and to resend the Report and Recommendation (Doc. 24) to Salazar-Blas at the Milwaukee County Criminal Justice Facility, 949 N. Ninth Street, Milwaukee, WI 43233, along with a copy of this order. The Court further **ORDERS** that Salazar-Blas shall have up to and including February 1, 2008, to object to the Report and Recommendation.

The Court reminds Salazar-Blas of his continuing obligation under Local Rule 3.1(b) to keep the Clerk's Office informed of changes in his location in writing within seven days after a transfer or other change in address. In the future, the Court may construe any failure to abide by this rule as an intent to abandon this case and may dismiss this case under Federal Rule of Civil

Procedure 41(b) for failure to prosecute or for failure to comply with a court rule.

**IT IS SO ORDERED.**
**Date:  January 8, 2008**

                                            s/ J. Phil Gilbert
                                            **J. Phil Gilbert, District Judge**