UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JAVIER SALAZAR-BLAS,

    Petitioner,

v.

SARA REVELL,

    Respondent.

Case No. 06-cv-84-JPG

## JUDGMENT

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Javier Salazar-Blas's petition for a writ of *habeas corpus* pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.

**DATED:** March 14, 2008          **NORBERT JAWORSKI**

                                                          **s/Vicki L. McGuire**
                                                           **Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**